UNITED STATES COURT OF INTERNATIONAL TRADE         FORM 1

| | |
|---|---|
| COMPRESSED AIR SYSTEMS, LLC<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>Defendant. | S U M M O N S<br>Court No.  1:21-cv-615 |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ **Mario Toscano**
Clerk of the Court

### PROTEST

| Port(s) of Entry: | 5501-DALLAS | Center (if known): | 010 - TEAM JBD |
|---|---|---|---|
| Protest Number: | 550121105466 | Date Protest Filed: | 05/13/2021 |
| Importer: | COMPRESSED AIR SYSTEMS, LLC (IOR # 20-039098600) | Date Protest Denied: | 08/20/2021 |
| Category of Merchandise: | MACHINERY | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 9VT00261088 | 02/01/2021 | 04/23/2021 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SHANSHAN LIANG, ESQ.
2717 NEUCHATEL DRIVE
TALLAHASSEE, FL 32303
(850) 893-0670
SLIANG@CUSTOMSCOURT.COM

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
|  | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
|  | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Customs broker entered the incorrect value. A protest was subsequently made and CBP denied the protest contrary to proper instructions. Overpayment of duties and fees due to the clerical error should be refunded.

The issue which was common to all such denied protests:

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
*Signature of Plaintiff's Attorney*

12-07-2021
_____
*Date*

**SCHEDULE OF PROTESTS**

CEE 010

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 550121105466 | 05/13/2021 | 08/20/2021 | 9VT00261088 | 02/01/2021 | 04/23/2021 | 5501 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)