## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| COMPRESSED AIR SYSTEMS, LLC, ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 21-cv-615 |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES CUSTOMS ) | |
| AND BORDER PROTECTION ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

COMES NOW, the Plaintiff, Compressed Air Systems, LLC ("CAS"), by and through its undersigned counsel, who alleges the following complaint against the United States Customs and Border Protection. In support of its complaint, CAS states the following:

1. Plaintiff is a limited liability company duly organized and existing under the laws of the state of Texas.

## JURISDICTION

2. This is an action contesting the United States Customs and Border Protection's ("CBP" or "Customs") decision under Section 1515 of the Tariff Act (19 U.S.C. § 1515) denying Plaintiff's protests of the fees and tariffs assessed and paid on the importation of air compressor and vacuum pump parts from China.

3. Plaintiff is the importer of record for the entry whose liquidation was protested and is the subject of this action.

4. The entry that is the subject of this litigation has been liquidated and the administrative

protest was filed. The protest was denied and all administrative remedies have been exhausted.

5.  This civil action is timely commenced through the filing of a summons within 180 days of the denial of the protest.

6.  Plaintiff has paid all liquidated duties, fees, and exactions paid at or pursuant to the entries and liquidations which are subject to the protests, together with interest thereon from the dates of payment of such duties, fees, and exactions.

7.  The value in controversy in this case exceeds twenty dollars.

8.  This Court has jurisdiction over this action under 28 U.S.C. § 1581(a).

9.  Plaintiff is the taxpayer and otherwise has standing to bring this action.

## BACKGROUND AND DESCRIPTION OF MERCHANDISE AND CLAIMS

10. Plaintiff imported air compressor and vacuum pump parts from China in Entry No. 9VT00261088 ("the entry"). The entry summary (CF 7501), pro forma invoice, commercial invoice, packing list, and bill of lading will be provided under a judicial protective order.

11. The commercial value of the entry was $117,005.23.

12. When filing the entry summary for the entry, Lisa Dilley ("Dilley"), the entry writer for the customs house broker, Perimeter International, committed a clerical error when entering the value of the merchandise which resulted in an incorrect total value on the entry summary of $254.280.00.

13. Dilley mistakenly entered the total value of $117,005.23 which was rounded down to $117,005.00 on Line 001 of the 7501 under HTS code 8414.90.4190. Then, Dilley entered: the amount of $68,916.00 on Line 002 under HTS code 8414.80.1625 correctly

corresponding to the value of items on the pro forma invoice notated with that HTS code; the amount of $25,410.00 on Line 003 under HTS code 8414.90.9080 incorrectly corresponding to the value of items on the pro forma invoice notated with that HTS code; and $42,949.00 on Line 004 under HTS code 819.50.1000 incorrectly corresponding to the value of items on the pro forma invoice notated with that HTS code. See Lisa Dilley Declaration, **Exhibit 1**.

14. In fact, Line 001 should not have been entered, and the correct values for Line 003 and 004 should have been $26,041.53 and $22,048.66, which would be rounded to $26,042.00 and $22,049.00, respectively.

15. Ms. Dilley entered the total value of the entry (Line 001) in addition to the individual values (some correctly and some incorrectly) for the merchandise under each HTS code (Lines 002-004).

16. As a result of Dilley's clerical error, CAS paid more to CBP than it should have because the Merchandise Processing Fee ("MPF"), Harbor Maintenance Fee ("HMF"), and the Section 301 tariffs at a rate of 25% for the entry were all calculated based on the incorrect value of the merchandise.

17. In total, CAS made an overpayment of $34,965.86. This amount corresponds to the $137,275.00 ($68,916.00 from Line 002 + $25,410.00 from Line 003 + $42,949.00 from Line 004) declared in excess of the actual total value listed on Line 001 multiplied by the rates for MPF, HMF, and Section 301 tariffs (0.3464%+0.125%+25%). See calculation below:

$$(68,916.00 + 25,410.00 + 42,949.00) * (0.3464\% + 0.125\% + 25\%)$$

$$= \$137,275.00 * 0.254714$$

= **$34,965.86**

18. The entry was liquidated on April 23, 2021. The broker, Perimeter International (filer code 9VT) ("the broker" or "Perimeter") timely filed the protest on May 13, 2021. In the section "Detailed Reasons for Protest" the broker stated the following:

> *PROTEST IS HEREBY BEING MADE DUE TO LIQUIDATION OF ENTRY WITH THE INCORRECT VALUATION. DUE TO A CLERICAL ERROR, THE ENTERED VALUE WAS ENTERED INCORRECTLY ORIGINALLY AT $254,279.95. DOCUMENTS ATTACHED SHOW THE ACTUAL PRICE PAID, $117,005.23, VIA PROFORMA INVOICE AS WELL AS MATCHING COMMERCIAL INVOICE. WITH THESE CORRECT DOCUMENTS, THE PRICE ACTUALLY PAID SHOULD BE UTILIZED FOR DUTY AND TAX ASSESSMENT. AS SUCH, A REFUND IN THE AMOUNT OF $35,491.17 (DIFFERENCE OF ORIGINAL 7501 MINUS REVISED 7501) PLUS ANY APPLICABLE INTEREST SHOULD BE REFUNDED TO THE IMPORTER.*

See **Exhibit 2**.

19. CBP denied the protest on August 20, 2021 citing the reason for denial as "[i]nsufficient documentation to substantiate claim. Filer did not provide email address/contact information for follow-up questions." See **Exhibit 2**.

20. CBP did not follow proper instructions or procedures. Perimeter's protest on behalf of CAS contained every element required in 19 C.F.R. § 174.13(a).

21. The broker submitted the protest with the commercial invoice, pro forma invoice, packing list, bill of lading, the original 7501 and revised 7501 in person to the port director. Upon information and belief, CBP failed to upload the supporting documentation to the ACE portal.

22. Even if CBP determined that it needed additional information, it had multiple forms of contacting Perimeter. CBP had Perimeter's phone number and mailing address given that CBP regulates customs house brokers and Perimeter is a customs house broker.

23. If this were not enough, Perimeter's Director of Customs Compliance, Jodi Flynn

("Flynn"), corresponded via email multiple times with CBP officials regarding the protest. The emails between Flynn and CBP are attached as **Exhibit 3**. At no time prior to denial did CBP inform Flynn of the need for more documentation to substantiate the claim.

24. Given the manifest error in CBP's denial of Perimeter's petition on its behalf, CAS retained legal counsel to request to void the protest denial pursuant to 19 U.S.C. § 1515(d).

25. A request to void protest denial ("the voidance request") was thus sent by CAS's counsel to CBP Supervisory Import Specialist Mary Pugh ("Officer Pugh") via email on October 8, 2021, alleging that the proforma invoice and commercial invoice were filed with the original protest showing the total value of the imported goods in the amount of $117,005.23. See **Exhibit 4**. The voidance request will be submitted to the Court under the judicial protective order.

26. The voidance request included documents submitted previously with the protest and additional documents to show that the mistake was purely a clerical error made by the broker. The documents submitted with the voidance request included: Exhibit 1 (pro forma invoice and commercial invoice), Exhibit 2 (a signed declaration from Dilley stating she believes she read the pro forma invoice incorrectly and, as a result, incorrectly entered the value of the merchandise), Exhibit 3 (screenshot from CBP website showing publicly available contact information for Perimeter International, and Exhibit 4 (proof of payment from CAS to the foreign supplier). The original and revised 7501s, commercial invoice, pro forma invoice, packing list and proof of payment will be submitted to the Court under the judicial protective order.

27. On October 18, 2021, Officer Pugh informed CAS's counsel that "the request for voiding the denial for the decision was based on the information located in the protest module prior to liquidation. Other than the CBPF 19 which submitted to the Port of Dallas, no other documents were submitted. The denial was issued on 8/20/2021, and the additional documents were just recently submitted. Your client's recourse is to file with the Court of International Trade." <u>See</u> **Exhibit 5**.

28. Perimeter asserts it submitted supporting documentation together with the CBP form 19 to the local port and that those documents were not uploaded to ACE.

29. Due to CBP's failure to properly upload the supporting documents physically submitted by the filer, Perimeter, to the port director and failure to contact broker for supporting documents despite CBP had the broker's information and had been contacted by broker regarding the status of the protest; CBP's denial of Perimeter's protest on behalf of CAS contrary to proper instructions and practice; and CBP's refusal to void the denial of the protest, CAS sees no other recourse but to file this Complaint before this Court.

## **FIRST CAUSE OF ACTION**

30. Paragraphs 1 to 29 are incorporated by reference.

31. CAS overpaid fees and tariffs to CBP due to its broker's clerical error.

32. CBP denied the protest simply because of "[i]nsufficient documentation to substantiate claim."

33. Concerning the content of the protest, no regulation requires the submission of entry documents, the commercial invoice, or any other documents. <u>See</u> 19 C.F.R. § 174.13 (stating the required content of a protest).

34. CBP may request documents to verify protestant's claims by issuing a request for

information using CBP form 28 ("CF 28"). CBP did not issue a CF 28 nor did it request any documents from Perimeter or CAS in email correspondence before denying the protest covered by this Complaint, which is contrary to CBP's practice.

35. In any civil action contesting the denial of a protest under section 515 of the Tariff Act of 1930, this Court shall review the record *de novo*. Rheem Metalurgica S/A, formerly Rheem Empreendimentos Industriais E Comerciais S.A. v. United States, 951 F. Supp. 241, 246 (Ct. Int'l Trade 1996), aff'd sub nom. Rheem Metalurgica S/A v. United States, 160 F.3d 1357 (Fed. Cir. 1998). Any documents not submitted before the CBP can be supplemented before the Court. See ITT Corp. v. United States, 24 F.3d 1384, 1388 (Fed. Cir. 1994) ("an adverse decision does not preclude an importer from introducing additional evidence, documentary or otherwise, at trial de novo before the Court of International Trade under § 2640(a) to substantiate further the alleged mistake of fact.").

36. Under the *de novo* review standard, this Court shall consider the documents submitted to this Court in determining whether the Plaintiff's claims for refund of Section 301 tariffs and fees paid on entry no. 9VT00261088.

37. The documents submitted with this Complaint unequivocally prove that the correct value of the merchandise entered under entry no. 9VT00261088 is $117,005.23 and that protest no. 550121105466 should be approved.

38. The amount of fees and tariffs overpaid on the air compressor and vacuum pump parts from China entered under entry no. 9VT00261088 is $34,965.86.

39. Therefore, monies overpaid to CBP as Section 301 tariffs in the amount of $34,318.75, Harbor Maintenance Fees in the amount of $171.59, and Merchandise Processing Fees in the amount of $475.52 plus interest allowed by law should be refunded to the Plaintiff.

## PRAYER FOR RELIEF

THEREFORE, Plaintiff respectfully requests that this Court:

a)  Order reliquidation of the entries covered by this civil action with refund of duties plus interest as provided by law;

b)  Grant such other and further relief as the Court finds appropriate.

Respectfully submitted,

/s/ Shanshan Liang
Shanshan Liang, Esq.
Florida Bar No. 112991
sliang@customscourt.com
THE MOONEY LAW FIRM, LLC
2717 Neuchatel Drive
Tallahassee, FL 32303
(850) 893-0670
*Counsel to Plaintiff*

## CERTIFICATE OF SERVICE

Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on

December 7, 2021, copies of Plaintiff's Summons and Complaint were served on the following

parties by certified mail, return receipt requested:


Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Attorney-In-Charge
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229


/s/ Shanshan Liang
Shanshan Liang
THE MOONEY LAW FIRM, LLC

Exhibit 1

## DECLARATION OF LISA DILLEY

COMES NOW Lisa Dilley, pursuant to 28 U.S.C. § 1746, who under penalty of perjury declares and states:

1. I am the Entry Writer of Perimeter International. I can attest to the truth and accuracy of these facts as stated in this Declaration.

2. I filed the Entry No. 9VT-0026108-8 using the pro forma (attached as Exhibit 1) and commercial invoice (attached as Exhibit 2) provided to me by the importer of record, Compressed Air Systems. The commercial invoice generally describes the commodity as air compressor pumps and air compressor parts. The pro forma invoice lists every item by part numbers. It breaks down the merchandise into three categories: air compressor pumps under 8414.80.16.25 with a total value of $68,916.04; air compressor parts under 8419.50.1000 with a total value of $22,048.66; air compressor parts under 8414.90.90.80 with a total value of $26,040.53.

3. On Line 001 of the 7501, I used the commercial invoice and entered the items under HTS code 8414.90.4190 with a total value of $117,005.23.

4. I can confirm that I should not have entered this Line 001.

5. I entered these items again using the pro forma invoice - $68,916.00 on Line 002 under 8414.80.1625 for those items notated with 8414.80.16.25; $25,410.00 on Line 003 under 8414.90.9080 for those items notated with 8414.90.90.80; and $42,949.00 on Line 004 under 8419.50.1000 for those items notated with 8419.50.1000.

6. I can confirm that the correct values that I should have entered are $26,041.00 for Line 003 and $22,048.00 for Line 004.

7. It is my honest belief that I read the Pro Forma Invoice incorrectly when filing the entry

summary. I entered the value twice and entered a larger amount for the second time.

8. As a result, Compressed Air Systems paid the Merchandise Processing Fee ("MPF"), Harbor Maintenance Fee ("HMF"), and the 25% Section 301 Tariffs on the incorrect valuation. The overpayment is of $(68,916.00 + \$25,410.00 + \$42,949.00) * (25\%+0.3464\%+0.125\%) = \$137,275*0.254714 = \$34,965.86$.

I, Lisa Dilley, declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 6, 2021

Lisa Dilley

Exhibit 2



DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

OMB CONTROL NO. 1651-0017
EXPIRATION DATE: 11/30/2022

## PROTEST

Pursuant to Sections 514 & 514(a), Tariff Act of 1930 as mended, 19 CFR Part 174 et. seq.

PROTEST NUMBER *(Supplied by CBP)*
5501 2110 0966

NOTE: If your protest is denied, in whole or in part, and you wish to CONTEST the denial, you may do so by bringing a civil action in the U.S. Court of International Trade within 180 days after the date of mailing of Notice of Denial. You may obtain further information concerning the institution of an action by writing the Clerk of U.S. Court of International Trade, One Federal Plaza, New York NY 10007 (212-264-2800).

DATE RECEIVED *(CBP Use Only)*
5/17/2021

### SECTION I. IMPORTER AND ENTRY IDENTIFICATION

PORT
5501   - DALLAS

IMPORTER NUMBER
20-039098600

IS ACCELERATED DISPOSITION BEING REQUESTED? *(19 CFR 174.22)*
1B] Yes   D No

| | ENTRY DETAILS | | | | |
|---|---|---|---|---|---|
| PORT CODE | FILER CODE | ENTRY NUMBER | CHECK DIGIT | DATE OF ENTRY | DATE OF LIQUIDATION |
| 5501 | 9VT | 0026108 | 8 | 02/01/2021 | 04/23/2021 |

NAME AND ADDRESS OF IMPORTER OR OTHER PROTESTING PARTY
Name *(Last, First, MI)*: COMPRESSED AIR  SYSTEMS
StreetAddress Line 1: 600  S 2ND AVE
Street Address Line 2:
City: MANSFIELD                    State: TX                         Zip Code: 7 60 63

### SECTION II. DETAILED REASONS FOR PROTEST

WITH RESPECT TO EACH CATEGORY, SET FORTH SEPARATELY, (1) EACH DECISION PROTESTED, (2), THE CLAIM OF THE PROTESTING PARTY, AND (3) THE FACTUAL MATERIAL AND LEGAL ARGUMENTS WHICH ARE BELIEVED TO SUPPORT THE PROTEST. ALL SUCH MATERIAL AND ARGUMENTS SHOULD BE SPECIFIC. GENERAL STATEMENTS OF CONCLUSIONS ARE NOT SUFFICIENT *(Attach Additional Sheets if necessary)*
PROTEST IS HEREBY BEING MADE DUE TO LIQUIDATION OF ENTRY WITH THE INCORRECT VALUATION.
DUE TO A CLERICAL ERROR, THE ENTERED VALUE WAS ENTERED INCORRECTLY ORIGINALLY AT $254,279.95.
DOCUMENTS ATTACHED SHOW THE ACTUAL PRICE PAID, $117,005.23, VIA PROFORMA INVOICE (CONT BELOW)

### SECTION III. REQUEST FOR DISPOSITION IN ACCORDANCE WITH ACTION ON PREVIOUSLY FILED PROTEST

Protesting party may request disposition in accordance with the action taken on a previously filed protest that is the subject of a pending application for further review and is alleged to involve the same merchandise and the same issues. (See 19 CFR 174.13(a)(7).) To request such disposition, enter the protest number and date of receipt of such previously filed protest.

PROTEST NO. OF PREVIOUSLY-FILED PROTEST

DATE OF RECEIPT

### SECTION IV. SIGNATURE AND MAILING INSTRUCTIONS

NAME AND ADDRESS OF PERSON TO WHOM ANY NOTICE OF APPROVAL OR DENIAL SHOULD BE SENT
Name *(Last, First, MI)*: SHERRILL        SIDNEY        L
Street Address Line 1: 2800 STORY RD W
Street Address Line 2: PERIMETER INTERNATIONAL
City:IRVING          State:TX          ZipCode: 75038

NAME, ADDRESS, AND CBP IDENTIFICATION NUMBER TO WHICH REFUND SHOULD BE SENT
Name *(Last, First, MI)*: COMPRESSED        AIR   SYSTEMS
Street Address Line 1: 6 0 0 S 2ND A VE
Street Address Line 2:
City: MANSFIELD        State: TX   Zip Code: 7 60 63
CBP Identification Number: 2 0- 0 3 9 0 9 8 6 0 0

IF FILING AS ATTORNEY OR AGENT, ENTER YOUR NAME, ADDRESS, AND IMPORTER NUMBER, IF APPLICABLE
Name *(Last, First, MI)*: SHERRILL        SIDNEY        L
Street Address Line 1: 2800 STORY RD W.
Street Address Line 2: PERIMETER INTERNATIONAL
City: IRVING    State: TX   Zip Code: 75038
Importer Number: 2 0-5 2 0 7 4 7 900

SIGNATURE

X

DATE  05/13/21

### SECTION V. APPLICATION FOR FURTHER REVIEW *(Optional)*
*(File Protest and Approve this as a Separate Application for Further Review)*

| Yes | No | CHECK BOX CORRESPONDING TO YOUR ANSWER TO EACH OF THE FOLLOWING QUESTIONS: |
|---|---|---|
| | !BI | (A) Have you made prior request of a port director for a further review of the same claim with r spect to the same substantially similar merchandise? |
| □ | !BI | (B) Have you received a final decision from the U.S. Court of International Trade on the same claim with respect to the same category of merchandise or do you have action involving such claim pending before the U.S. Court of International Trade? |
| D | !BI | (C) Have you previously received an adverse administrative decision from the Commissioner of CBP or his designee or do you presently have a pending application for an administrative decision on the same claim with respect to the same category of merchandise? |

JUSTIFICATION FOR FURTHER REVIEW UNDER THE CRITERIA IN 19 CFR 174.24 AND 174.25 *(Include ApplicableRiJlings) (Attach Additional Sheets if necessary)*

SECTION VI DECISION (CBP Use Only)

| | APPLICATION FOR FURTHER REVIEW EXPLANATION |
|---|---|
| D Approved* | |
| D Denied for the following reason: | |
|   D Untimely filed | |
|   D Does not meet criteria | *When further review only is approved, the decision on the protest is suspended, pending issuance of a protest review decision. |
|   D Other, namely | |

| | PROTEST EXPLANATION |
|---|---|
| D Approved | Insufficient documentation to substantiate claim. Filer did not provide email address/contact information for follow-up questions. |
| D Rejected as non-protestable | |
| D Denied in ..M.I for the following reason: | |
| D Denied .in ..l2fil1 for the following reason: | |
|   D Untimely filed | |
|   D See attached protest review decision | |
|   X Other, namely | |

| TITLE OF CSP OFFICER | SIGNATURE OF CSP OFFICER | DATE |
|---|---|---|
| Mary H Pugh | *Mary H. Pugh* | 8/20/2021 |

CONTINUATION OF SECTIONS II & V (As Needed)

SECTION II DETAILED REASONS FOR PROTEST (Continuation)

WITH RESPECT TO EACH CATEGORY, SET FORTH SEPARATELY, (1) EACH DECISION PROTESTED, (2), THE CLAIM OF THE PROTESTING PARTY, AND (3) THE FACTUAL MATERIAL AND LEGAL ARGUMENTS WHICH ARE BELIEVED TO SUPPORT THE PROTEST. ALL SUCH MATERIAL AND ARGUMENTS SHOULD BE SPECIFIC. GENERAL STATEMENTS OF CONCLUSIONS ARE NOT SUFFICIENT.

AS WELL AS MATCHING COMMERCIAL INVOICE. WITH THESE CORRECT DOCUMENTS, THE PRICE ACTUALLY PAID SHOULD BE UTILIZED FOR DUTY AND TAX ASSESSEMENT. AS SUCH, A REFUND IN THE AMOUNT OF $35,491.17 (DIFFERENCE OF ORIGINAL 7501 MINUS REVISED 7501) PLUS ANY APPLICABLE INTEREST SHOULD BE REFUNDED TO THE IMPORTER.

SECTION V APPLICATION FOR FURTHER REVIEW (Optional) (Continuation)

JUSTIFICATION FOR FURTHER REVIEW UNDER THE CRITIERIA IN 19 CFR 174.24 AND 174.25.

Exhibit 3

| From: | PUGH, MARY |
|---|---|
| To: | Jodi Flynn |
| Subject: | RE: Protest # 550121105466 / Entry 9VT-0026108-8 |
| Date: | Friday, July 2, 2021 3:36:32 PM |
| Attachments: | image003.png |
| | image004.png |

It is still awaiting assignment.

Warm Regards,

Mary H. Pugh

Supervisory, Import Specialist

U.S. Customs and Border Protection

Machinery Center

2350 North Sam Houston Pkwy East Suite 900

Houston TX 77032

Email: mary.pugh@cbp.dhs.gov

Telephone: 281 985 6813



"The greatest glory in living lies not in never failing, but in rising every time we fail." – Nelson Mandela

*This document and any attachment(s) may contain restricted, sensitive, and/or law enforcement-sensitive information belonging to the U.S. Government. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient.*

**From:** Jodi Flynn <jodi.flynn@shippgl.com>

**Sent:** Thursday, July 1, 2021 2:26 PM

**To:** PUGH, MARY <MARY.PUGH@cbp.dhs.gov>

**Subject:** RE: Protest # 550121105466 / Entry 9VT-0026108-8

Hi Mary,

Just checking back to see if any updated status on this protest.

Thanks!

**JODI FLYNN, LCB**

Station Manager - International



O: 877-701-1919 X463

C: 469-990-1219

jodi.flynn@shippgl.com

**Perimeter Global Logistics:**

2800 Story Rd W. Ste 200

Irving, TX 75038

https://shippgl.com/

**Global Service Center:**

1.877.701.1919

Truckload · Domestic · Intl

Accounting · NVOCC · Terms

**From:** PUGH, MARY <MARY.PUGH@cbp.dhs.gov>
**Sent:** Monday, June 14, 2021 10:52 AM
**To:** Jodi Flynn <jodi.flynn@shippgl.com>
**Cc:** PUGH, MARY <MARY.PUGH@cbp.dhs.gov>
**Subject:** RE: Protest # 550121105466 / Entry 9VT-0026108-8

No ma'am I don't but we do work as accurately and efficient as we can.

Warm Regards,

Mary H. Pugh

Supervisory, Import Specialist

U.S. Customs and Border Protection

Machinery Center

2350 North Sam Houston Pkwy East Suite 900

Houston TX 77032

Email: mary.pugh@cbp.dhs.gov

Telephone: 281 985 6813



"The greatest glory in living lies not in never failing, but in rising every time we fail." – Nelson Mandela

*This document and any attachment(s) may contain restricted, sensitive, and/or law enforcement-sensitive information belonging to the U.S. Government. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient.*

**From:** Jodi Flynn <jodi.flynn@shippgl.com>
**Sent:** Monday, June 14, 2021 10:49 AM
**To:** PUGH, MARY <MARY.PUGH@cbp.dhs.gov>
**Subject:** RE: Protest # 550121105466 / Entry 9VT-0026108-8

Thank You for getting back to me. Do you have a rough estimate on how long you are taking to review and process protests at current so I can update my client?

Thanks!

Jodi

**JODI FLYNN, LCB**

Station Manager **-** International

O: 877-701-1919 X463
C: 469-990-1219
jodi.flynn@shippgl.com

**Perimeter Global Logistics:**
2800 Story Rd W. Ste 200
Irving, TX 75038
https://shippgl.com/

**Global Service Center:**

1.877.701.1919
Truckload · Domestic · Intl
Accounting · NVOCC · Terms

**From:** PUGH, MARY <MARY.PUGH@cbp.dhs.gov>
**Sent:** Monday, June 14, 2021 10:43 AM
**To:** Jodi Flynn <jodi.flynn@shippgl.com>
**Cc:** PUGH, MARY <MARY.PUGH@cbp.dhs.gov>
**Subject:** RE: Protest # 550121105466 / Entry 9VT-0026108-8

This has not been assigned, it was entered into the portal on 5/14/2021. We will work it as soon as we can.

Mary H. Pugh
Supervisory, Import Specialist
U.S. Customs and Border Protection
Machinery Center
2350 North Sam Houston Pkwy East Suite 900
Houston TX 77032
Email: mary.pugh@cbp.dhs.gov
Telephone: 281 985 6813



"The greatest glory in living lies not in never failing, but in rising every time we fail." – Nelson Mandela

*This document and any attachment(s) may contain restricted, sensitive, and/or law enforcement-sensitive information belonging to the U.S. Government. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient.*

**From:** Jodi Flynn <jodi.flynn@shippgl.com>
**Sent:** Monday, June 14, 2021 10:33 AM
**To:** PUGH, MARY <MARY.PUGH@cbp.dhs.gov>
**Subject:** FW: Protest # 550121105466 / Entry 9VT-0026108-8

Hi Mary,

Can I please check status on the protest number above?

Thanks!

**JODI FLYNN, LCB**
Station Manager **-** International

O: 877-701-1919 X463
C: 469-990-1219
jodi.flynn@shippgl.com

**Perimeter Global Logistics:**
2800 Story Rd W. Ste 200
Irving, TX 75038
https://shippgl.com/

**Global Service Center:**
1.877.701.1919
Truckload · Domestic · Intl
Accounting · NVOCC · Terms

**From:** CEE-MACHINERY <cee-machinery@cbp.dhs.gov>
**Sent:** Monday, June 14, 2021 9:54 AM
**To:** Jodi Flynn <jodi.flynn@shippgl.com>; CEE-MACHINERY <cee-machinery@cbp.dhs.gov>; PORRAS, JUAN J <JUAN.J.PORRAS@CBP.DHS.GOV>
**Subject:** RE: Protest # 550121108466 / Entry 9VT-0026108

Jodi,

The Protest number you sent doesn't exist. I believe the Protest # is 550121105466 and you left the check digit off the entry number. The entry number maybe 9VT00261088. If this is the case the Protest and entry belongs to TEAM JBD.

Kevin O'Keefe
Entry Specialist
Partnership Branch - Machinery CEE
JFKIA, Jamaica, N.Y. 11430

**From:** Jodi Flynn <jodi.flynn@shippgl.com>
**Sent:** Monday, June 14, 2021 10:48 AM
**To:** CEE-MACHINERY <cee-machinery@cbp.dhs.gov>; PORRAS, JUAN J <JUAN.J.PORRAS@CBP.DHS.GOV>
**Subject:** FW: Protest # 550121108466 / Entry 9VT-0026108

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option.

Hello,

Can I please check status on the attached protest for my client?

Thanks!

**JODI FLYNN, LCB**
Station Manager - International

O: 877-701-1919 X463
C: 469-990-1219
jodi.flynn@shippgl.com

**Perimeter Global Logistics:**
2800 Story Rd W. Ste 200
Irving, TX 75038
https://shippgl.com/

**Global Service Center:**
1.877.701.1919
Truckload · Domestic · Intl
Accounting · NVOCC · Terms

Exhibit 4

Protest No. 550121100966, Entry No. 9VT-0025108 | Compressed Air Systems    Inbox

 **S. Shannon Liang** <sliang@customscourt.com>
to mary.pugh

October 8, 2021

Commissioner of Customs
U.S. Customs and Border Protection
7501 Esters Blvd., Suite 160
Irving, TX 75063

Attn: Supervisory Import Specialist Mary Pugh

   **RE: Protest No. 550121100966, Entry No. 9VT-0025108 | Compressed Air Systems**
   **REQUEST TO VOID PROTEST DENIAL**

Dear Ms. Pugh,

We represent Compressed Air Systems ("CAS"). Attached please find a request to void the protest denial of the above-referenced protest, pursuant to 19 U.S.C. §1515(d). A paper

Thank you in advance for your assistance in this matter. If you have any questions, please do not hesitate to contact us.

Sincerely,

Shanshan (Shannon) Liang, Esq.
Attorney



我们讲中文
*Hablamos Español*

c. (631) 882-2298 - direct contact during the pandemic
e. sliang@customscourt.com
w. www.customscourt.com
a. 2717 Neuchatel Drive, Tallahassee, FL 32303

GS in er ɔk

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Dictation Notice: This email may have been created using dictation software which may, regrettably, result in uncorrected spelling or grammatical errors.



📄 **100821_Compres...**

Exhibit 5

**PUGH, MARY** <MARY.PUGH@cbp.dhs.gov>
to me, MARY

Ms. Liang,

Only the CBPF 19 was filed with no supporting documents.  Prior to reviewing the protest I had noticed there were no supporting documents and was told only the CBPF 19 was submitted.  I will not void the denial, please submit to CIT.


Warm Regards,

Mary H. Pugh
Supervisory, Import Specialist
U.S. Customs and Border Protection
Machinery Center
2350 North Sam Houston Pkwy East Suite 900
Houston TX  77032
Email:  mary.pugh@cbp.dhs.gov
Telephone:  281 985 6813



"The greatest glory in living lies not in never failing, but in rising every time we fail." – Nelson Mandela

*This document and any attachment(s) may contain restricted, sensitive, and/or law enforcement-sensitive information belonging to the U.S. Government. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient.*

---

**From:** S. Shannon Liang <sliang@customscourt.com>
**Sent:** Tuesday, October 19, 2021 9:55 PM
**To:** PUGH, MARY <MARY.PUGH@cbp.dhs.gov>
**Subject:** Re: Protest No. 550121100966, Entry No. 9VT-0025108 | Compressed Air Systems

Dear Ms. Pugh,

The broker filed the CF 19 with supporting documents (except the proof of payment which was recently submitted with the voidance request) in local CBP Office. Probably the local port did not upload the supporting documents to the ACE Portal. However, the broker has been in contact with the CEE and you since June regarding the protest. CBP has the email and contact information of the broker/filer. See attached email. The protest was wrongfully denied on the ground "insufficient documentation to substantiate claim. Filer did not provide email address/contact information for follow-up questions." Would you please void the denial or forward the voidance request to the Headquarters? Thanks!

Sincerely,

Shanshan (Shannon) Liang, Esq.
Attorney

t. (850) 893-0670 | (305) 290-5803
e. sliang@customscourt.com
w. www.customscourt.com
a. 2717 Neuchatel Drive, Tallahassee, FL 32303

THE MOONEY LAW FIRM LLC
*Legal Services for the International Enterprise*

们讲中文我
*Hablamos Español*

---

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Dictation Notice: This email may have been created using dictation software which may, regrettably, result in uncorrected spelling or grammatical errors.


On Mon, Oct 18, 2021 at 6:13 PM PUGH, MARY <MARY.PUGH@cbp.dhs.gov> wrote:

Good evening,

I was having a hard time locating this protest, the correct protest number is 550121105466, entry number 9VT00261088.  The above entry number was missing a digit.  I will upload your request (memorandum and email) into the Protest module for historic purposes.

The request for voiding the denial for the decision was based on the information located in the protest module prior to liquidation.  Other than the CBPF 19 which submitted to the Port of Dallas, no other documents were submitted.  The denial was issued on 8/20/2021, and the additional documents were just recently submitted.

Your client's recourse is to file with the Court of International Trade.

Warm Regards,

Mary H. Pugh
Supervisory, Import Specialist
U.S. Customs and Border Protection

Machinery Center
2350 North Sam Houston Pkwy East Suite 900
Houston TX  77032
Email:  mary.pugh@cbp.dhs.gov
Telephone:  281 985 6813



"The greatest glory in living lies not in never failing, but in rising every time we fail." – Nelson Mandela

*This document and any attachment(s) may contain restricted, sensitive, and/or law enforcement-sensitive information belonging to the U.S. Government. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient.*

---

**From:** S. Shannon Liang <sliang@customscourt.com>
**Sent:** Monday, October 18, 2021 4:01 PM
**To:** PUGH, MARY <MARY.PUGH@cbp.dhs.gov>
**Subject:** Re: Protest No. 550121100966, Entry No. 9VT-0025108 | Compressed Air Systems

Dear Ms. Pugh,

Because the original protest was filed by the customshouse broker, I do not own the protest and I cannot file the voidance request via ACE. Further the broker filed the original protest by paper (not on ACE), they may not be able to transfer the protest to me. Can you please advise? Thanks!

Sincerely,

Shanshan (Shannon) Liang, Esq.
Attorney



们讲中文我
*Hablamos Español*

t. (850) 893-0670 | (305) 290-5803
e. sliang@customscourt.com
w. www.customscourt.com
a. 2717 Neuchatel Drive, Tallahassee, FL 32303

---

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Dictation Notice: This email may have been created using dictation software which may, regrettably, result in uncorrected spelling or grammatical errors.

On Mon, Oct 18, 2021 at 3:40 PM PUGH, MARY <MARY.PUGH@cbp.dhs.gov> wrote:

Good afternoon,

Please submit the request into the protest portal.  Thank you

Warm Regards,

Mary H. Pugh
Supervisory, Import Specialist
U.S. Customs and Border Protection
Machinery Center
2350 North Sam Houston Pkwy East Suite 900
Houston TX  77032
Email:  mary.pugh@cbp.dhs.gov
Telephone:  281 985 6813



"The greatest glory in living lies not in never failing, but in rising every time we fail." – Nelson Mandela

*This document and any attachment(s) may contain restricted, sensitive, and/or law enforcement-sensitive information belonging to the U.S. Government. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient.*

**From:** S. Shannon Liang <sliang@customscourt.com>
**Sent:** Friday, October 8, 2021 11:56 AM
**To:** PUGH, MARY <MARY.PUGH@cbp.dhs.gov>
**Subject:** Protest No. 550121100966, Entry No. 9VT-0025108 | Compressed Air Systems

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option.

October 8, 2021

Commissioner of Customs
U.S. Customs and Border Protection
7501 Esters Blvd., Suite 160
Irving, TX 75063

Attn: Supervisory Import Specialist Mary Pugh

**RE: Protest No. 550121100966, Entry No. 9VT-0025108 | Compressed Air Systems**
**REQUEST TO VOID PROTEST DENIAL**

Dear Ms. Pugh,

We represent Compressed Air Systems ("CAS"). Attached please find a request to void the protest denial of the above-referenced protest, pursuant to 19 U.S.C. §1515(d). A paper copy is being mailed to the Port of Dallas.

Thank you in advance for your assistance in this matter. If you have any questions, please do not hesitate to contact us.

Sincerely,

Shanshan (Shannon) Liang, Esq.
Attorney



们讲中文我
*Hablamos Español*

c. (631) 882-2298 - direct contact during the pandemic
e. sliang@customscourt.com
w. www.customscourt.com
a. 2717 Neuchatel Drive, Tallahassee, FL 32303

---

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Dictation Notice: This email may have been created using dictation software which may, regrettably, result in uncorrected spelling or grammatical errors.